United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAVIER TILFORD,

    Plaintiff,

  v.

CAREY LIMOUSINE S.F., INC.,

    Defendant.

Case No. 20-cv-02854-RS

**STANDBY ORDER OF DISMISSAL**

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **January 28, 2021**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **February 4, 2021, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed. Failure to comply with this Order may result in dismissal of the case.

**IT IS SO ORDERED.**

Dated: January 22, 2021

_____
Richard Seeborg
United States District Judge